UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS ALBERT VILLANUEVA, )<br><br>Plaintiff, )<br><br>v. )<br><br>KILOLO KIJAKAZI, Acting )<br>Commissioner of Social Security, )<br><br>Defendant. ) | No. 2:23-cv-02423-DOC (JDE)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Report and Recommendation ("Report") of the assigned United States Magistrate Judge. No party filed any timely objection to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding the matter for further administrative proceedings consistent with the Report.

Dated: November 30, 2023__

_David O. Carter_

DAVID O. CARTER
United States District Judge